# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ROSALIZA B. ONGTENGCO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN HONDA FINANCE CORP., *et al.*,<br><br>　　　　　Defendants. | 2:17-cv-02620-RFB-VCF<br>**ORDER** |

　　　Before the Court is the Notice of Settlement Between Rosaliza B. Ongtengco and Bayview Loan Servicing, LLC (ECF No. 11).

　　　Accordingly,

　　　IT IS HEREBY ORDERED that a stipulation and order for dismissal must be filed on or before February 5, 2018.

　　　DATED this 4th day of December, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE