# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ROSALIZA B. ONGTENGCO, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN HONDA FINANCE CORP., *et al.*, <br><br> Defendants. | 2:17-cv-02620-RFB-VCF <br> **ORDER** |

Before the Court is the Notice of Settlement Between Rosaliza B. Ongtengco and Bank of America, N.A. (ECF No. 14).

Accordingly,

IT IS HEREBY ORDERED that a stipulation and order for dismissal between Ongtengco and Bank of America, must be filed on or before February 15, 2018.

DATED this 14th day of December, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE